CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
AUG 29 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JO-EL JOHNSON TRENT, <br> Plaintiff, | Civil Action No. 7:13-cv-00444 |
| v. | **ORDER** |
| C/O STAFFORD, et al., <br> Defendants. | By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Greer's and Fannon's motions (ECF no. 105, 107) and objections in response to Plaintiff's response to defendants' dispositive motions are **GRANTED** to the extent Plaintiff may not amend the Complaint via responses to motions for summary judgment; Plaintiff's motion for discovery is **DENIED**; Plaintiff's motion for subpoenas is **DENIED**; defendant C/O Phillips and IHO Counts' motion for summary judgment is **GRANTED in part** for the claim against IHO Counts and **DENIED in part** for the claim against C/O Phillips; IHO Counts is **TERMINATED** as a defendant; C/O Phillips shall **FILE** within thirty days of this Order's entry a second motion for summary judgment, supported by affidavits and the relevant video recording and photographs of Plaintiff's injuries, that addresses Plaintiff's excessive force claim, pursuant to Standing Order 2013-6.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 29th day of August, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge