CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RHa

JAN 09 2015

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| JO-EL JOHNSON TRENT, | ) | Civil Action No. 7:13-cv-00444 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| C/O STAFFORD, <u>et al.</u>, | ) | By:   Hon. Jackson L. Kiser |
|     Defendants. | ) |       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

## ADJUDGED and ORDERED

that Officer Phillips' supplemental motion for summary judgment is **GRANTED**; Officer

Phillips' motion for a protective order is **DENIED as moot**; and the case is **STRICKEN** from

the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to the parties.

**ENTER**: This _____9th_____ day of January, 2015.

Jackson L. Kiser
Senior United States District Judge